**FILED**
CLERK, U.S. DISTRICT COURT

1/31/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CDO_____ **DEPUTY**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CARLOS LAMONT CARRUTHERS,<br>  aka "Barlos,"<br><br>        Defendant. | CR No. 2:24-cr-00064-DSF<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(a)(1)(A):<br>Engaging in the Business of<br>Manufacturing or Dealing in<br>Firearms Without a License; 18<br>U.S.C. § 922(o)(1): Possession of<br>a Machinegun; 18 U.S.C.<br>§ 924(d)(1), 26 U.S.C. § 5872, and<br>28 U.S.C. § 2461(c): Criminal<br>Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 922(a)(1)(A)]

Beginning on an unknown date, but no later than February 6, 2019, and continuing to an unknown date, but no earlier than May 9, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant CARLOS LAMONT CARRUTHERS, also known as "Barlos," not being licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in the business of

manufacturing and dealing the following firearms on or about the following dates:

| DATE | FIREARMS |
|---|---|
| February 6, 2019 | (1) Smith & Wesson model SD9VE, 9x19mm caliber semiautomatic pistol, bearing serial number FYH1611; and<br><br>(2) SKS-type 7.62x39 caliber semiautomatic rifle, bearing serial number гл2444. |
| March 1, 2019 | (3) Polymer 80 .40 S&W caliber semiautomatic pistol, lacking any serial number (commonly referred to as a "ghost gun");<br><br>(4) Glock model 19, 9x19mm caliber semiautomatic pistol, bearing serial number SYN790;<br><br>(5) Bushmaster model XM15-E2S .223/5.56 caliber semiautomatic rifle, bearing serial number BK5001220; and<br><br>(6) Anderson Manufacturing model AM-15 semiautomatic rifle, bearing serial number 15190205. |
| April 17, 2019 | (7) Beretta model 92FS, 9x19mm caliber semiautomatic pistol, bearing serial number BER702862; and<br><br>(8-9) two Polymer 80 9x19mm caliber semiautomatic ghost gun pistols, lacking any serial numbers. |

COUNT TWO

[18 U.S.C. § 922(o)(1)]

On or about May 9, 2019, in Los Angeles County, within the Central District of California, defendant CARLOS LAMONT CARRUTHERS, also known as "Barlos," knowingly possessed a machinegun, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), namely, a Glock-compatible auto-switch conversion device that was designed and intended for the purpose of converting a semi-automatic handgun into a fully-automatic machinegun, which defendant CARRUTHERS knew could convert a firearm into a machinegun.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in either of Counts One or Two of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been

//
//
//

4

transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

_____/s/_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Chief, Violent & Organized Crime
Section

JENNIFER CHOU
Assistant United States Attorney
Violent & Organized Crime Section